IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENDELL GAETZ,

      Plaintiff,

v.

DR. MANLOVE,

      Defendant.

ORDER

Case No. 19-cv-464-bbc

Plaintiff Kendell Gaetz has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than June 28, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Kendell Gaetz may have until June 28, 2019 to submit a trust fund account statement for the period beginning approximately December 6, 2018 and ending approximately June 6, 2019. If, by June 28, 2019, plaintiff fails to respond to this

order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the

case will be closed without prejudice to plaintiff filing the case at a later date.


Entered this 6th day of June, 2019.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge