IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENDELL GAETZ,

    Plaintiff,

v.

DR. MANLOVE,

    Defendant.

ORDER

Case No. 19-cv-464-bbc

---

KENDELL GAETZ,

    Plaintiff,

v.

BRIAN FOSTER, et al.,

    Defendants.

ORDER

Case No. 19-cv-492-bbc

---

On June 14, 2019, I entered an order assessing plaintiff Kendell Gaetz a $1.49 initial partial payment of the $350 filing fee for each of the above cases. On July 12, 2019, plaintiff submitted a motion for an order directing prison officials to allow plaintiff to pay for the filing fees from plaintiff's release account funds for each of the above cases.

With the exception of initial partial payments, this court does not have the authority to tell state officials whether, and to what extent, a prisoner should be able to withdraw money from a release account. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). Accordingly, I will grant plaintiff's motion to the extent that plaintiff may use his release account funds to pay for the $1.49 initial partial payment that was assessed to him in each of the above cases.

1

ORDER

IT IS ORDERED that:

1. Plaintiff Kendell Gaetz's motion for an order directing prison officials to allow plaintiff to use his release account funds to pay for the $1.49 initial partial payment assessed to him in each of the above cases is GRANTED.

2. Plaintiff may have an enlargement of time to August 5, 2019, in which to submit a check or money order payable to the clerk of court in the amount of $1.49 for each of the above cases. If, by August 5, 2019, plaintiff fails to make the initial partial payments, or show cause for failure to do so, plaintiff will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiff's filing them at a later date.

Entered this 12th day of July, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge